# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2298

United States of America,

Appellee,

vs.

Jose Antonio Alapizco-Rojas, also known as Simon Espinoza Lopez,

Appellant.

CR 02-365(2) MJD/JGL

Appeal from the United States District Court for the District of Minnesota

RECEIVED
BY MAIL
AUG 18 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinions of this Court.

(5172-010199)

July 22, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
AUG 18 2005
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans